AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bryan, Christina A. | U.S. District Court for the Southern District of Texas | 07/26/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Bob Casey Courthouse
515 Rusk Street
Houston, TX 77002

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President's Council | Inprint Houston |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2018 | Self-employed (attorney) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Susman Godfrey, LLP | 06/21/18-06/24/18 | Seattle, WA | Annual partners retreat | Hotel, cab fare, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 07/26/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CitiMortgage | Mortgage on rental property | O |
| 2. | Wells Fargo | Line of credit | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank NA (cash) | A | Interest | K | T | | | | | |
| 2. Rental Property, Teton County, WY | E | Rent | P1 | W | | | | | |
| 3. Ethereum | | None | J | T | | | | | |
| 4. Litecoin | | None | J | T | | | | | |
| 5. KM 1464 Partners, LP | | None | L | V | | | | | |
| 6. KM-TS Partners, LP | D | Distribution | L | V | | | | | |
| 7. Susman Godfrey, LLP (Cap. Account) | B | Interest | M | T | | | | | |
| 8. Walker Family Farms LTD | B | Rent | P1 | W | | | | | |
| 9. IRA #1 (H) | | | | | | | | | |
| 10. Schwab Signature Bank Account (cash) | A | Interest | J | T | | | | | |
| 11. iShares 7-10 Year Treasury Bond (IEF) | B | Dividend | L | T | Buy (add'l) | 01/10/18 | K | | |
| 12. SPDR S&P 500 ETF (SPY) | A | Dividend | K | T | Buy (add'l) | 01/10/18 | K | | |
| 13. Xtrackers MSCI EAFE Hdgd (DBEF) | A | Dividend | J | T | Buy | 12/06/18 | J | | |
| 14. Doubleline Total Return Bond (DBLTX) | B | Dividend | K | T | Buy | 01/11/18 | K | | |
| 15. Templeton Global Bond Fund (TGBAX) | B | Dividend | K | T | Buy | 01/10/18 | K | | |
| 16. Akre Focus Fund Inst (AKRIX) | | None | | | Buy | 01/10/18 | K | | |
| 17. | | | | | Sold | 05/04/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Artisan Global Value Fd Adv (APDGX) | D | Dividend | L | T | Buy | 05/07/18 | L | | |
| 19. Baron Emerging Markets Fund Inst (BEXIX) | A | Dividend | J | T | | | | | |
| 20. Cohen & Steers MLP And Energy Oppty I (MLOIX) | A | Dividend | K | T | Buy | 08/06/18 | K | | |
| 21. First Eagle Overseas Fund (SGOIX) | A | Dividend | J | T | | | | | |
| 22. Janus Henderson European Focus (HFEIX) | | None | | | Buy (add'l) | 01/10/18 | J | | |
| 23. | | | | | Sold | 12/14/18 | K | | |
| 24. Maingate MLP Fund Cl I (IMLPX) | B | Dividend | | | Buy | 01/10/18 | K | | |
| 25. | | | | | Sold | 08/06/18 | K | | |
| 26. Oakmark Intl Fd Adv (OAYIX) | | None | L | T | Buy | 12/17/18 | L | | |
| 27. Primecap Odyssey Aggr Growth Fd (POAGX) | D | Dividend | L | T | Sold (part) | 05/04/18 | K | | |
| 28. Vanguard Div Growth Fund (VDIGX) | C | Dividend | K | T | Buy | 01/12/18 | K | | |
| 29. IRA #2 (H) | | | | | | | | | |
| 30. SPDR S&P 500 ETF (SPY) | A | Dividend | K | T | Buy | 01/10/18 | K | | |
| 31. Xtrackers MSCI EAFE HDGD (DBEF) | A | Dividend | K | T | Buy | 01/10/18 | K | | |
| 32. First Eagle Overseas Fund (SGOIX) | B | Dividend | K | T | Buy | 01/11/18 | K | | |
| 33. IRA #4 (H) | | | | | | | | | |
| 34. First Eagle Overseas Fund (SGOVX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Schwab Fundamental US Small Co (SFSNX) | | None | | | Sold | 06/25/18 | J | | |
| 36. Schwab S&P 500 Index Fund (SWPPX) | A | Dividend | J | T | | | | | |
| 37. Schwab US Mid Cap (SWMCX) | A | Dividend | J | T | Buy | 06/25/18 | J | | |
| 38. RETIREMENT PLAN #1 (H) | | | | | | | | | |
| 39. Schwab Bank Sweep Account (cash) | A | Interest | K | T | | | | | |
| 40. Invesco (formerly Powershares) S&P 500 Pure Value ETF (RPV) | B | Dividend | L | T | Buy | 05/04/18 | L | | |
| 41. iShares 7-10 Year Treasury Bd (IEF) | C | Dividend | M | T | | | | | |
| 42. SPDR Dow Jones Industrial Avg (DIA) | B | Dividend | L | T | | | | | |
| 43. SPDR S&P Midcap 400 ETF (MDY) | A | Dividend | K | T | | | | | |
| 44. SPDR S&P 500 ETF (SPY) | C | Dividend | M | T | Buy (add'l) | 04/03/18 | J | | |
| 45. Xtrackers MSCI EAFE HDGD (DBEF) | C | Dividend | M | T | Buy (add'l) | 01/25/18 | K | | |
| 46. | | | | | Sold (part) | 04/25/18 | K | A | |
| 47. Doubleline Total Return Bond Fund (DBLTX) | C | Dividend | M | T | Buy (add'l) | 01/10/18 | J | | |
| 48. Lord Abbett Short Dur Income Fd Cl I (LLDYX) | B | Dividend | L | T | | | | | |
| 49. Templeton Global Bond Fund Adv Cl (TGBAX) | C | Dividend | L | T | | | | | |
| 50. Vanguard Interm Term Inv Grade Admiral (VFIDX) | C | Dividend | M | T | Buy (add'l) | 01/25/18 | K | | |
| 51. Akre Focus Fd Inst (AKRIX) | A | Dividend | L | T | Sold (part) | 05/04/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Artisan Global Value Fd Adv (APDGX) | B | Dividend | K | T | Buy | 05/07/18 | K | | |
| 53. Baron Emrg Mkts Fd Inst (BEXIX) | A | Dividend | L | T | Buy (add'l) | 08/06/18 | K | | |
| 54. Cohen & Steers MLP and Energy Oppty I (MLOIX) | B | Dividend | L | T | Buy | 08/06/18 | L | | |
| 55. First Eagle Overseas Fund (SGOIX) | B | Dividend | L | T | | | | | |
| 56. Gotham Enhanced Return Fd Inst (GENIX) | D | Dividend | M | T | | | | | |
| 57. Maingate MLP Fund Cl I (IMLPX) | C | Dividend | | | Buy (add'l) | 04/26/18 | K | | |
| 58. | | | | | Sold | 08/06/18 | L | | |
| 59. Oakmark Intl Oppty Fd Inst (OAYIX) | | None | J | T | Buy | 12/14/18 | J | | |
| 60. Oberweis Intl Oppty Fund (OBIIX) (formerly (OBIOX)) | D | Dividend | L | T | | | | | |
| 61. Primecap Odyssey Aggr Growth Fund (POAGX) | | None | | | Sold | 05/04/18 | K | D | |
| 62. Vanguard Div Growth Fd (VDIGX) | C | Dividend | L | T | | | | | |
| 63. YCG Enhanced Fund (YCGEX) | | None | | | Sold | 05/04/18 | K | D | |
| 64. RETIREMENT PLAN #2 (H) | | | | | | | | | |
| 65. Oppenheimer International Growth Y | | None | | | Sold | 03/26/18 | L | | |
| 66. T. Rowe Price Mid Cap Growth | | None | | | Sold | 03/26/18 | K | | |
| 67. Vanguard Extended Market Idx Adm | | None | | | Sold | 03/26/18 | K | | |
| 68. Vanguard 500 Index Admiral | | None | | | Sold | 03/26/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Metropolitan West Total Return Bond I | A | Dividend | | | Sold | 03/26/18 | L | | |
| 70. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 71. Schwab Govt Money Fund (SWGXX) (cash equivalent) | A | Dividend | | | Redeemed (part) | 01/11/18 | J | | |
| 72. | | | | | Buy (add'l) | 01/24/18 | L | | |
| 73. | | | | | Redeemed (part) | 01/26/18 | K | | |
| 74. | | | | | Redeemed (part) | 01/29/18 | K | | |
| 75. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 76. | | | | | Redeemed (part) | 04/27/18 | J | | |
| 77. | | | | | Buy (add'l) | 05/07/18 | J | | |
| 78. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 79. | | | | | Buy (add'l) | 07/25/18 | J | | |
| 80. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 81. | | | | | Redeemed | 08/07/18 | J | | |
| 82. Schwab Signature Bank (cash) | A | Interest | K | T | | | | | |
| 83. American Electric TE (AETI) | | None | K | T | | | | | |
| 84. Invesco (formerly Powershares) QQQ Trust (QQQ) | A | Dividend | L | T | | | | | |
| 85. Invesco (formerly Powershares) S&P 500 Pure (RPV) | A | Dividend | J | T | Buy | 05/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. iShares 7-10 Year Treasury Bond (IEF) | A | Dividend | J | T | Sold (part) | 09/19/18 | J | | |
| 87. | | | | | Sold (part) | 10/01/18 | J | | |
| 88. | | | | | Sold (part) | 12/06/18 | K | | |
| 89. SPDR Dow Jones Industrial Avg (DIA) | B | Dividend | L | T | | | | | |
| 90. SPDR S&P Midcap 400 ETF (MDY) | B | Dividend | M | T | Buy (add'l) | 01/25/18 | K | | |
| 91. SPDR S&P 500 ETF (SPY) | B | Dividend | L | T | Buy (add'l) | 04/25/18 | J | | |
| 92. Vanguard Large Cap ETF (VV) | B | Dividend | M | T | | | | | |
| 93. Xtrackers MSCI EAFE HDGD (DBEF) | B | Dividend | L | T | | | | | |
| 94. Doubleline Total Return Bond Fund (DBLTX) | A | Dividend | K | T | | | | | |
| 95. Cohen & Steers MLP and Energy Oppty I (MLOIX) | B | Dividend | L | T | Buy | 08/06/18 | L | | |
| 96. First Eagle Overseas Fund (SGOIX) | B | Dividend | L | T | Buy (add'l) | 12/07/18 | J | | |
| 97. Janus Henderson European Focus I (HFEIX) | | None | | | Sold | 12/14/18 | K | | |
| 98. Maingate MLP Fund (IMLPX) | C | Dividend | | | Sold | 08/06/18 | L | | |
| 99. Oakmark Intl Fd Adv (OAYIX) | | None | K | T | Buy | 12/17/18 | K | | |
| 100. Oberweis Intl Oppty Fd (OBIOX) | D | Dividend | K | T | Buy (add'l) | 01/10/18 | J | | |
| 101. | | | | | Buy (add'l) | 01/25/18 | K | | |
| 102. Primecap Odyssey Aggr Growth Fd (POAGX) | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard Div Growth Fd (VDIGX) | C | Dividend | K | T | | | | | |
| 104. YCG Enhanced Fd (YCGEX) | | None | | | Sold | 05/04/18 | J | | |
| 105. EDUCATION ACCOUNT #1 (H) | | | | | | | | | |
| 106. American Funds American Mutual Fund 529F1 (CMLFX) | A | Dividend | J | T | | | | | |
| 107. American Funds Intermediate Bond Fund of America 529F1 (CBOFX) | A | Dividend | K | T | Redeemed (part) | 01/12/18 | J | | |
| 108. American Funds The New Economy Fund 529F1 (CNGFX) | B | Dividend | J | T | Buy | 01/12/18 | J | | |
| 109. American Funds New Perspective Fund 529F1 (CNPFX) | A | Dividend | J | T | Buy | 01/12/18 | J | | |
| 110. American Funds Short-Term Bond Fund of America 529F1 (CFAMX) | A | Dividend | | | Redeemed | 01/12/18 | J | | |
| 111. EDUCATION ACCOUNT #3 (H) | | | | | | | | | |
| 112. American Funds American Mutual Fund 529F1 (CMLFX) | A | Dividend | | | Redeemed | 05/24/18 | K | | |
| 113. American Funds EuroPacific Growth Fund 529F1 (CEUFX) | A | Dividend | | | Buy | 05/24/18 | J | | |
| 114. | | | | | Distributed (part) | 06/25/18 | J | | |
| 115. | | | | | Distributed (part) | 07/23/18 | J | | |
| 116. | | | | | Distributed | 11/15/18 | J | | |
| 117. American Funds Intermediate Bond Fund of America 529F1 (CBOFX) | B | Dividend | L | T | Redeemed (part) | 05/24/18 | K | | |
| 118. American Funds Short-Term Bond Fund of America 529F1 (CFAMX) | B | Dividend | L | T | Buy (add'l) | 05/24/18 | K | | |
| 119. American Funds Washington Mutual Investors Fund 529F1 (CWMFX) | B | Dividend | J | T | Buy | 05/24/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 07/26/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. lines 5 and 6: Valuation of each of these real estate partnerships is based upon the original buy-in value. All underlying assets are believed to be operational in nature.

Part VII, line 8: Income and value of this farm are based upon ownership share. All underlying assets are believed to be operational in nature.

Part VII, line 10, 39, and 82: These assets became reportable without corresponding reportable transactions.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 27, 28, and 86-88 of the initial report are not reportable in this cycle; there are not corresponding reportable transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christina A. Bryan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544